CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JAMISON SERVICES, INC.
Gwendolyn Ostrosky, Esq., SBN 261801
GOstrosky@JamisonServices.com
3470 Wilshire Blvd., Suite 700
Los Angeles, CA 90010
T: (213)232-5039
F: (213)365-5001
Attorney for Defendant
2024 WESIX, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>2024 WESIX, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendants. | Case No.: 2:17-cv-03157-RGK-PLA<br><br>**JOINT NOTICE OF SETTLEMENT** |

1   The Parties hereby jointly notify the court that a global settlement has been
2   reached in the above-captioned case and the parties would like to avoid any additional
3   expense, and further the interests of judicial economy.

4   All Parties, therefore, apply to this Honorable Court to vacate all currently set
5   dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6   all parties will be filed within 60 days. The Parties further request that the Court
7   schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8   Parties, by and through their attorneys of record shall show cause why this case has not
9   been dismissed.

11  Dated: September 10, 2017          CENTER FOR DISABILITY ACCESS

13                                      By: __/s/ Phyl Grace_____
                                            Phyl Grace
                                            Attorneys for Plaintiff

15  Dated: September 10, 2017          JAMISON SERVICES, INC.

17                                      By: __/s/ Gwendolyn Ostrosky__
                                            Gwendolyn Ostrosky
18                                          Attorney for Defendant
                                            2024 WESIX, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Gwendolyn Ostrosky, counsel for 2024 WESIX, LLC, and that I have obtained Ms. Ostrosky's authorization to affix her electronic signature to this document.

Dated: September 10, 2017              CENTER FOR DISABILITY ACCESS

                                       By:   /s/ Phyl Grace
                                             Phyl Grace
                                             Attorney for Plaintiff