CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

JAMISON SERVICES, INC.
Gwendolyn Ostrosky, Esq., SBN 261801
GOstrosky@JamisonServices.com
3470 Wilshire Blvd., Suite 700
Los Angeles, CA 90010
Telephone: (213)232-5039
Facsimile: (213)365-5001
Attorney for Defendant
2024 WESIX, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br>　v.<br><br>2024 WESIX, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | Case:2:17-CV-03157-RGK(PLAX)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal　　　　　　　　　　Case: 2:17-CV-03157-RGK (PLAX)

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 10/12/17          CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: 10/12/17          JAMISON SERVICES, INC.

By: /s/Gwendolyn Ostrosky
    Gwendolyn Ostrosky
    Attorney for Defendant
    2024 WESIX, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Gwendolyn Ostrosky, counsel for 2024 WESIX, LLC, and that I have obtained Ms. Ostrosky's authorization to affix her electronic signature to this document.

Dated: 10/12/17               CENTER FOR DISABILITY ACCESS

                              By: __/s/Phyl Grace____
                                  Phyl Grace
                                  Attorneys for Plaintiff